EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>    Francisco Javier Criado Vázquez | 2002 TSPR 12<br><br>156 DPR ____ |

Número del Caso: TS-3826


Fecha: 4/febrero/2002


Oficina del Procurador General:
                    Lcda. Edna Evelyn Rodríguez Benítez
                    Procuradora General Auxiliar


Abogado de la Parte Querellada:
                    Por Derecho Propio



Materia: Solicitud de Reinstalación



    Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Francisco Javier Criado Vázquez          TS-3826

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Francisco Javier Criado Vázquez

RESOLUCION

San Juan, Puerto Rico, a 4 de febrero de 2002.

Evaluado el "Escrito Solicitando Reinstalación" presentado por el querellado Francisco Javier Criado Vázquez y demás documentos que obran en el expediente, se autoriza su reinstalación sólo con relación al ejercicio de la abogacía.

Se le concede un término de veinte (20) días a la Oficina de la Directora de Inspección de Notaría, para expresarse con relación a la solicitud de reinstalación al ejercicio de la notaría del querellado Francisco Javier Criado Vázquez.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.


                                        Carmen E. Cruz Rivera
                              Secretaria del Tribunal Supremo Interina